UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE DAWN MOTT, | Case No. 1:25-cv-01589-CDB (SS) |
| Plaintiff, | ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 10) |
| Defendant. | |

Pending before the Court is the parties' stipulated request to extend the deadline for Defendant to respond to Plaintiff's complaint, from January 20, 2026, to February 19, 2026, filed on January 16, 2026.  (Doc. 10).  The parties represent that the extension is necessary because counsel for Defendant has many backlogs resulting from the government shutdown and because Defendant's transcription contractors are at capacity and unable to keep up with requests.  *Id.* at 1-2.

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file its response to Plaintiff's complaint by no later than **February 19, 2026**; and

///

///

2.  Plaintiff's motion for summary judgment, the cross-motion for summary judgment, and any optional reply shall be filed in accordance with the Court's scheduling order.  (Doc. 5 ¶¶ 3-5).

IT IS SO ORDERED.

Dated:    **January 20, 2026**

UNITED STATES MAGISTRATE JUDGE

2