UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE DAWN MOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-01589-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING<br>DEFENDANT'S TIME TO FILE A<br>RESPONSE TO PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT<br><br>(Doc. 15)<br><br>**May 13, 2026, Deadline** |

Pending before the Court is Defendant's stipulated request, filed on April 8, 2026, to extend the deadline to file a response to Plaintiff's motion for summary judgment. (Doc. 15). Defendant seeks an extension from April 13, 2026, to May 13, 2026. In support, Defendant represents that, due to staffing reductions and organizational changes, counsel has received "many additional cases requiring answers and briefing, including the instant case, which was recently assigned to her, and six other briefs due within the next seven days." Counsel also provides that she is "responsible for jurisdictional coordination matters and miscellaneous litigation cases, which are unpredictable and require time and attention on short notice." *Id.* at 1-2.

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file the response to Plaintiff's motion for summary judgment no later than **May 13, 2026**; and

2.  Any optional reply shall be filed in accordance with the Court's scheduling order.  (Doc. 5 ¶ 5).

IT IS SO ORDERED.

Dated:   **April 9, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2