UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE DAWN MOTT,<br><br>          Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:25-cv-01589-CDB (SS)<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(Doc. 17) |

Pending before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), filed May 11, 2026.  (Doc. 17).

Upon consideration of the parties' stipulation, pleadings, and for good cause shown, IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. Upon remand, the Commissioner will take further action to develop the administrative record as necessary and issue a new decision, in accordance with the parties' stipulation (Doc. 17 at 1); and

///

///

///

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated:   **May 12, 2026**

_____
UNITED STATES MAGISTRATE JUDGE